No. 459. HANDY, RECEIVER, *v.* OKLAHOMA EX REL. KING, ATTORNEY GENERAL. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Joseph W. Bailey, Jr.,* for petitioner. *Mr. Malcolm E. Rosser* for respondent.

No. 393. WARSHAUER *v.* LLOYD SABAUDO, S. A. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is denied, for the reason that application for the writ of certiorari was not made within the time provided by law. Act of February 13, 1925, § 8 (a), 43 Stat. 936, 940; U. S. Code, Title 28, § 350; *Medhurst* v. *The South American,* 264 U. S. 587. *Mr. Bernard S. Barron* for petitioner. *Mr. Homer L. Loomis* for respondent.

No. 264. WARREN STEAM PUMP Co. *v.* UNITED STATES. November 5, 1934. Petition for writ of certiorari to the Court of Claims denied. *Messrs. M. Manning Marcus* and *Merrill S. June* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States.

No. 397. MAXFIELD *v.* CANADIAN PACIFIC RY. CO. ET AL. November 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Alfred W. Bowen* and *Donald O. Wright* for petitioner. *Mr. John E. Palmer* for respondents.

No. 399. McSHANE, ADMINISTRATOR, ET AL. *v.* UNITED STATES. November 5, 1934. Petition for writ of certio-